UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
40 CENTRE STREET
NEW YORK, NEW YORK 10007
(212) 805-6715

CHAMBERS OF
**RICHARD M. BERMAN**
UNITED STATES DISTRICT JUDGE

June 14, 2010

Honorable Bobby R. Baldock, Chair
Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Re: Calendar Year 2009 Filing

Dear Judge Baldock:

Thank you for your letter dated June 9, 2010 regarding my 2009 annual financial disclosure report, dated May 3, 2010.

It appears that Part VII of the 2008 annual financial disclosure report contained duplicate entries for New Perspective Fund, i.e., American Fund New Perspective Class F (page 6, line 46) and New Perspective Fund (page 11, line 120). Part VII of the 2009 annual financial disclosure report (page 9, line 102) correctly reflects the 2009 holdings for New Perspective Fund.

Richard M. Berman

Berman, Richard M.

| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Berman, Richard M. | U.S. District Court -S.D.N.Y. | 5/3/2010 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge - Active | ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final | 01/01/2009 to 12/31/2009 |
| | 5b. ☐ Amended Report | |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. District Court 40 Centre Street (Room 201) New York, NY 10007 | Reviewing Officer_____ Date_____ |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Barnard College |
| 2. | 2009 | Wellesley College |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Bank of America | Mortgage on Rental Prop. (Pt. VII, line 1) | N |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | Apartment (NY City) | E | Rent | N | W | | | | | |
| 2. | Property Suffolk County, NY (House & Cottage) | D | Rent | N | W | | | | | |
| 3. | Property, Suffolk County, NY | D | Rent | K | W | | | | | |
| 4. | Aztex Limited Partnership (real estate) | B | Distribution | J | W | | | | | |
| 5. | Vanguard 500 Index Trust | C | Dividend | N | T | | | | | |
| 6. | Vanguard Total Int'l Index | B | Dividend | L | T | | | | | |
| 7. | Vanguard Total Stock Index | B | Dividend | L | T | | | | | |
| 8. | U.S. Treasury Notes | B | Interest | | | Matured (part) | 02/15/09 | K | | |
| 9. | | | | | | Matured | 02/17/09 | K | | |
| 10. | GE Common Stock | A | Dividend | J | T | Sold (part) | 1/20/09 | J | | |
| 11. | | | | | | Sold (part) | 08/05/09 | J | | |
| 12. | | | | | | Sold (part) | 11/02/09 | J | | |
| 13. | Microsoft Common Stock | A | Dividend | J | T | Sold (part) | 08/05/09 | J | | |
| 14. | Exxon Mobil | A | Dividend | J | T | Sold (part) | 08/05/09 | J | A | |
| 15. | | | | | | Sold (part) | 11/16/09 | J | A | |
| 16. | NYS Power Authority | A | Interest | | | Sold (part) | 01/02/09 | J | A | |
| 17. | | | | | | Sold | 09/17/09 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. NYS Donn Authority | B | Interest | K | T | | | | | |
| 19. NYS Donn Authority Mental Health | B | Interest | K | T | | | | | |
| 20. Metro Trans Authority | B | Interest | K | T | | | | | |
| 21. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | A | Interest | | | Sold | 06/09/09 | L | C | |
| 22. NYS Env Fac Corp St Clean Wtr & Drkg Wtr Rev | | None | | | Sold | 06/09/09 | L | C | |
| 23. Icon Energy Fund | | None | J | T | | | | | |
| 24. Icon Healthcare Fund | | None | | | Sold | 02/02/09 | K | | |
| 25. Oakmark Global Fund | | None | | | Sold | 02/11/09 | J | | |
| 26. Berkshire Hathaway B | | None | K | T | Sold | 02/03/09 | K | B | |
| 27. | | | | | Buy | 08/11/09 | K | | |
| 28. Goldman Sachs | A | Dividend | L | T | Buy (add'l) | 03/23/09 | J | | |
| 29. | | | | | Buy (add'l) | 08/11/09 | K | | |
| 30. Franklin Income Fund | A | Dividend | | | Sold | 02/13/09 | K | | |
| 31. Proctor & Gamble Co. | A | Dividend | J | T | Sold (part) | 01/06/09 | J | A | |
| 32. | | | | | Sold (part) | 08/05/09 | J | A | |
| 33. Amer. Funds Fundamental F | A | Dividend | K | T | | | | | |
| 34. American Growth Fund | | None | | | Sold (part) | 01/15/09 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. | | | | | Sold (part) | 03/23/09 | J | | |
| 36. | | | | | Sold | 03/23/09 | K | | |
| 37. Johnson & Johnson | A | Dividend | J | T | Sold (part) | 01/06/09 | K | | |
| 38. | | | | | Sold (part) | 08/05/09 | J | A | |
| 39. | | | | | Sold (part) | 11/16/09 | J | A | |
| 40. Dodge & Cox Stock Fund | | None | | | Sold | 02/04/09 | J | | |
| 41. Publicis Group Warrants | | None | | | Sold (part) | 01/02/09 | J | B | |
| 42. | | | | | Sold (part) | 01/05/09 | K | E | |
| 43. | | | | | Sold | 01/06/09 | J | A | |
| 44. Oppenheimer Main Street Small Cap Fund Class A | | None | | | Sold | 02/02/09 | J | | |
| 45. Firsthand Technology Value Fund | | None | | | Sold | 02/03/09 | J | | |
| 46. Waste Management Inc. | A | Dividend | J | T | Sold (part) | 01/06/09 | J | | |
| 47. | | | | | Sold (part) | 11/16/09 | J | | |
| 48. United Technologies | A | Dividend | | | Sold (part) | 01/06/09 | J | | |
| 49. | | | | | Sold (part) | 08/05/09 | J | | |
| 50. | | | | | Sold | 12/11/09 | J | A | |
| 51. Wal-Mart Stores Inc. | A | Dividend | | | Sold | 01/06/09 | K | C | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS -- income. value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Raytheon | A | Dividend | J | T | Sold (part) | 01/06/09 | J | A | |
| 53. | | | | | Sold (part) | 08/05/09 | J | | |
| 54. Pepsico | A | Dividend | J | T | Sold (part) | 01/06/09 | J | | |
| 55. | | | | | Sold (part) | 08/05/09 | J | | |
| 56. Spectra Energy | | None | | | Sold | 01/06/09 | J | | |
| 57. PPG Industries | A | Dividend | J | T | Sold (part) | 08/05/09 | J | | |
| 58. Kimberly Clark | A | Dividend | | | Sold (part) | 01/06/09 | J | | |
| 59. | | | | | Sold (part) | 08/05/09 | J | | |
| 60. | | | | | Sold | 11/02/09 | J | | |
| 61. Forest City Ent. A | A | Dividend | | | Sold (part) | 08/05/09 | J | | |
| 62. | | | | | Sold | 11/02/09 | J | | |
| 63. Duke Energy | A | Dividend | J | T | Sold (part) | 01/06/09 | J | | |
| 64. | | | | | Sold (part) | 08/05/09 | J | | |
| 65. | | | | | Sold (part) | 11/16/09 | J | | |
| 66. EMC Corp. - Mass | | None | J | T | Sold (part) | 08/05/09 | J | A | |
| 67. Encana | A | Dividend | J | T | Sold (part) | 01/06/09 | J | A | |
| 68. | | | | | Sold (part) | 08/05/09 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. E.I. Dupont | A | Dividend | | | Sold (part) | 08/05/09 | J | | |
| 70. | | | | | Sold | 11/02/09 | J | | |
| 71. Cisco | | None | J | T | Sold (part) | 08/05/09 | J | | |
| 72. BP | | None | | | Sold | 01/06/09 | J | | |
| 73. NYS Twy Auth. (Highway & Bridge) | C | Interest | L | T | | | | | |
| 74. NYS Twy Auth. Personal Income Tax | B | Interest | | | Sold (part) | 06/05/09 | M | C | |
| 75. | | | | | Sold | 06/09/09 | L | C | |
| 76. MTA (NY) Muni Bond | A | Interest | | | Sold | 12/08/09 | K | A | |
| 77. NYS Dorm Auth. (Revs) | D | Interest | M | T | Sold (part) | 06/05/09 | M | C | |
| 78. | | | | | Sold | 10/14/09 | M | C | |
| 79. | | | | | Buy | 10/16/09 | M | | |
| 80. Triborough B&T Auth. | D | Interest | L | T | Sold (part) | 10/22/09 | K | B | |
| 81. | | | | | Sold (part) | 10/22/09 | L | C | |
| 82. | | | | | Sold (part) | 11/02/09 | J | A | |
| 83. | | | | | Sold (part) | 12/08/09 | K | B | |
| 84. American Funds Washington Mutual Investments | A | Dividend | | | Sold | 08/19/09 | K | | |
| 85. Merrill Lynch MM Fund | A | Interest | | | Buy (add'l) | 1/16/09 | K | | |

| 1. Income Gain Codes, (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | F =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 1/21/09 | K | | |
| 87. | | | | | Redeemed (part) | 3/16/09 | J | | |
| 88. | | | | | Redeemed (part) | 3/23/09 | K | | |
| 89. | | | | | Redeemed (part) | 3/27/09 | J | | |
| 90. | | | | | Buy (add'l) | 4/13/09 | J | | |
| 91. | | | | | Buy (add'l) | 4/20/09 | J | | |
| 92. | | | | | Redeemed (part) | 4/21/09 | K | | |
| 93. | | | | | Redeemed (part) | 5/22/09 | K | | |
| 94. | | | | | Redeemed (part) | 6/8/09 | K | | |
| 95. | | | | | Buy (add'l) | 6/30/09 | K | | |
| 96. | | | | | Redeemed | 7/31/09 | M | | |
| 97. Spartan 500 Index Fid Adv | A | Dividend | L | T | Sold (part) | 2/10/09 | K | | |
| 98. Webster Bank 8-mo CD | B | Interest | | | Matured | 11/17/09 | L | | |
| 99. Fundamental Investors Fund | A | Dividend | | | Sold (part) | 08/19/09 | K | | |
| 100. | | | | | Sold | 08/19/09 | K | A | |
| 101. IBM | A | Interest | | | Sold | 07/17/09 | J | B | |
| 102. New Perspective Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. TCW Value Opportunities Fund | | None | | | Sold | 09/10/09 | K | | |
| 104. UPS Class B | A | Dividend | J | T | Sold (part) | 08/05/09 | J | | |
| 105. Puerto Rico Pub Bldgs Auth Rev | D | Interest | L | T | Sold | 06/05/09 | M | C | |
| 106. | | | | | Buy | 06/09/09 | L | | |
| 107. New York NY G/O Ser C | | None | | | Sold | 06/23/09 | · L | A | |
| 108. New York NY Ser C U/T | C | Interest | K | T | Sold (part) | 07/16/09 | K | A | |
| 109. New York NY Ser D RFDG G/O | D | Interest | | | Sold (part) | 06/09/09 | M | C | |
| 110. | | | | | Sold (part) | 06/29/09 | M | | |
| 111. | | | | | Sold (part) | 07/16/09 | M | B | |
| 112. | | | | | Sold | 10/14/09 | M | C | |
| 113. New York NY RFDG Ser G U/T | C | Interest | L | T | | | | | |
| 114. New York NY Oblig BDS-G | C | Interest | | | Sold | 10/14/09 | L | D | |
| 115. New York City NY RFDG Ser H | D | Interest | | | Sold (part) | 09/17/09 | M | C | |
| 116. | | | | | Sold | 10/30/09 | L | B | |
| 117. New York City G/O Ser I | D | Interest | | | Sold | 07/30/09 | M | C | |
| 118. Chevron Corp | | None | | | Sold | 01/20/09 | J | | |
| 119. Citigroup | | None | | | Sold | 01/20/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy | 03/16/09 | J | | |
| 121. | | | | | Buy (add'l) | 05/19/09 | J | | |
| 122. | | | | | Buy (add'l) | 10/20/09 | J | | |
| 123. | | | | | Sold (part) | 10/21/09 | J | B | |
| 124. | | | | | Sold | 10/22/09 | J | | |
| 125. Dominion Res Inc New VA | | None | | | Sold | 02/23/09 | J | | |
| 126. Verizon Communications | A | Interest | | | Sold | 04/09/09 | J | A | |
| 127. Artisan Mid Cap Value Fund | | None | | | Sold | 02/23/09 | J | | |
| 128. Fidelity GNMA Fund | B | Dividend | K | T | Buy | 2/10/09 | K | | |
| 129. FIA Card Services NA RASP Account | A | Interest | K | T | Buy | 7/31/09 | M | | |
| 130. The Scotts Miracle Grow | A | Dividend | | | Buy | 4/21/09 | J | | |
| 131. | | | | | Sold | 09/02/09 | J | A | |
| 132. Google Inc Class A | | None | K | T | Buy | 03/23/09 | K | | |
| 133. | | | | | Buy (add'l) | 08/11/09 | K | | |
| 134. Nordic American Takr Shpg | A | Dividend | J | T | Buy | 03/27/09 | J | | |
| 135. CD Goldman Sachs | B | Interest | L | T | Buy | 02/04/09 | L | | |
| 136. Fairholme Fund (X) | B | Dividend | M | T | Buy (add'l) | 09/14/09 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. Ishares FTSE Xinhua HK | A | Dividend | J | T | Buy | 09/15/09 | J | | |
| 138. Concho Resources | | None | | | Buy | 06/08/09 | J | | |
| 139. | | | | | Sold | 12/23/09 | J | B | |
| 140. Rackspace Hosting | | None | | | Buy | 06/08/09 | J | | |
| 141. | | | | | Sold | 12/23/09 | J | A | |
| 142. Waddell & Reed Finl A | A | Dividend | | | Buy | 06/03/09 | J | | |
| 143. | | | | | Sold | 09/23/09 | J | A | |
| 144. BP PLC SPON ADR | A | Dividend | J | T | Buy | 09/15/09 | J | | |
| 145. Liberty Global Inc Ser A | | None | J | T | Buy | 11/20/09 | J | | |
| 146. India Fund Inc | | None | J | T | Buy | 11/20/09 | J | | |
| 147. Call C (X) | | None | | | Sold | 1/15/09 | J | B | |
| 148. Ishares Russell 2000 Index FD | | None | K | T | Buy | 09/29/09 | K | | |
| 149. UTS SPDR Trust Ser 1 | A | Dividend | K | T | Buy | 08/14/09 | J | | |
| 150. | | | | | Buy (add'l) | 09/10/09 | K | | |
| 151. JP Morgan Emerging Markets Equity Fund Cl A | A | Dividend | L | T | Buy | 09/10/09 | K | | |
| 152. Berkshire Hathaway Inc Notes | B | Interest | K | T | Buy | 02/02/09 | K | | |
| 153. NY State Dorm Auth North Shore L.I. | D | Interest | M | T | Buy | 01/26/09 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. NY State Dorm Auth Lease Rev St Univ Dorm | C | Interest | M | T | Buy | 01/06/09 | M | | |
| 155. Puerto Rico Pub Bldgs Auth Rev | | None | M | T | Buy | 09/23/09 | M | | |
| 156. Omaha Neb Omaha Convention Center | B | Interest | K | T | Buy | 03/09/09 | K | | |
| 157. NY State Dorm Auth Revs St Univ | A | Interest | J | T | Buy | 06/09/09 | J | | |
| 158. Puerto Rico Comwlth Pub Impt Ser A | B | Interest | L | T | Buy | 06/09/09 | L | | |
| 159. New York NY Rfdg-Ser F | A | Interest | J | T | Buy | 06/09/09 | J | | |
| 160. New York NY Ser F | A | Interest | K | T | Buy | 06/09/09 | K | | |
| 161. New York NY Ser J U/T B/E | | None | M | T | Buy | 12/28/09 | M | | |
| 162. New York NY Ser J B/E U/T | A | Interest | J | T | Buy | 06/09/09 | J | | |
| 163. Puerto Rico Elec Pwr Auth Prf | C | Interest | M | T | Buy | 06/05/09 | M | | |
| 164. Puerto Rico Elec Pwr Auth | | None | M | T | Buy | 09/22/09 | M | | |
| 165. New York City Genl Oblig Bds H1 | B | Interest | | | Buy | 06/16/09 | L | | |
| 166. | | | | | Sold | 12/08/09 | L | C | |
| 167. San Joaquin Hills Calif Tsptn Corridor | | None | K | T | Buy | 06/16/09 | L | | |
| 168. | | | | | Sold (part) | 12/08/09 | K | A | |
| 169. New York City Genl Oblig Bonds 2006 Ser G AMBAC | B | Interest | | | Buy | 06/05/09 | M | | |
| 170. | | | | | Sold | 12/01/09 | M | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | | P3 =$25,000,001 - $50,000,000 | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. New York NY Rfdg Ser A-1 | B | Interest | | | Buy | 06/05/09 | M | | |
| 172. | | | | | Sold | 12/01/09 | M | A | |
| 173. New York Gen Obg Bds Tx-Exmpt | C | Interest | | | Buy | 06/09/09 | M | | |
| 174. | | | | | Sold | 09/17/09 | M | C | |
| 175. North Carolina Eastn MPA Pwr Sys | B | Interest | M | T | Buy | 06/23/09 | M | | |
| 176. New York State Dev Corp Income Tax Rev | C | Interest | | | Buy | 06/05/09 | M | | |
| 177. | | | | | Sold | 10/01/09 | M | B | |
| 178. Houston Tex Wtr & Swr Sys Rev | | None | | | Buy | 06/05/09 | L | | |
| 179. | | | | | Sold | 09/17/09 | L | C | |
| 180. CA Infrast & Econ Dv Bk Rev-Bay Area Toll Bridgs | A | Interest | K | T | Buy | 06/10/09 | K | | |
| 181. Puerto Rico Comwlth Hwy & Transn Auth Trans Rev | | None | L | T | Buy | 07/23/09 | L | | |
| 182. Wstchstr NY-TOB Asset Secrtztn CRP | | None | M | T | Buy | 07/16/09 | M | | |
| 183. Metropolitan Transn Auth NY ETM Dedicated Tax | C | Interest | M | T | Buy | 07/30/09 | M | | |
| 184. TSASC Inc NY TOB Settlement Asset | | None | L | T | Buy | 10/01/09 | L | | |
| 185. NYS D/A Au Revs Sndly Insd Pref-Mental Hlth Fac | | None | M | T | Buy | 12/01/09 | M | | |
| 186. Metro Transn Au NY-Dedicated Tax FD-FSA | | None | M | T | Buy | 12/08/09 | M | | |
| 187. | | | | | Buy (add'l) | 12/08/09 | L | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. New York St Twy Au Second Genl Hwy & Brdg | | None | L | T | Buy | 12/10/09 | L | | |
| 189. New York NY Ser B U/T | B | Interest | K | T | Buy | 02/13/09 | K | | |
| 190. Puerto Rico Pub Fin Corp-Comwlth Approp | | None | K | T | Buy | 10/20/09 | K | | |
| 191. New York St Dorm Auth Lease Rev St Univ Dorm FACS | | None | K | T | Buy | 10/16/09 | K | | |
| 192. New York State Housing Finance Agcy Tax Rev | | None | K | T | Buy | 10/16/09 | K | | |
| 193. New York St Urban Dev Corp Rev Personal Income Tax | | None | K | T | Buy | 10/14/09 | K | | |
| 194. New York St Dorm Auth Ct FACS Lse Rev (NYC Issue) | A | Interest | J | T | Buy | 10/20/09 | J | | |
| 195. Metropolitan Transn Auth NY Rev-B-CIFG | A | Interest | K | T | Buy | 10/14/09 | K | | |
| 196. Metropolitan Transn Auth NY Dedicated Tax FD-A Revs FGIC | | None | L | T | Buy | 10/29/09 | L | | |
| 197. New York General Obligation Bd Ser J | | None | K | T | Buy | 10/16/09 | L | | |
| 198. | | | | | Sold (part) | 12/08/09 | K | | |
| 199. City of New York Gen Obli Rfdg Bonds Ser B | | None | M | T | Buy | 10/16/09 | M | | |
| 200. TIAA-CREF | B | Dividend | L | T | Buy (add'l) | 01/02/09 | J | | |
| 201. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 202. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 203. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 204. | | | | | Buy (add'l) | 05/04/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 206. | | | | | Buy (add'l) | 07/01/09 | J | | |
| 207. - T-C Infl Lnkd Bond-Rtmt | | | | | Buy | 07/20/09 | K | | |
| 208. - CREF Money Market | | | | | Sold | 07/20/09 | K | | |
| 209. - T-C Lifecycle 2020-Rtmt | | | | | Buy (add'l) | 01/02/09 | J | | |
| 210. | | | | | Buy (add'l) | 02/03/09 | J | | |
| 211. | | | | | Buy (add'l) | 03/03/09 | J | | |
| 212. | | | | | Buy (add'l) | 04/02/09 | J | | |
| 213. | | | | | Sold (part) | 04/06/09 | K | | |
| 214. | | | | | Buy (add'l) | 05/04/09 | J | | |
| 215. | | | | | Buy (add'l) | 05/29/09 | J | | |
| 216. | | | | | Buy (add'l) | 07/01/09 | J | | |
| 217. - T-C Lfcycle Rtmt Inc-Rtmt | | | | | Buy | 04/06/09 | K | | |
| 218. Property, Indian River County, FL (X) | | None | L | W | | | | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Berman, Richard M. | 5/3/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

Part VII. Dodge & Cox Int'l Stock Fund, which was sold in 2008, was inadvertently included on the 2008 report (line 60). We have been unable to locate the value and gain/loss information. The value in 2007 was L.

Part VII. Oppenheimer Main Street Small Cap Fund was listed twice on the 2008 report (lines 69 and 70) and the second entry appears to be a duplicate included in error.

Part VII. Forest City Ent. (A) was listed on the 2008 report (line 82) as being Sold, rather than Sold (partial). The value code for 2008 was correctly listed as J.

Part VII. TIAA-CREF was inadvertently omitted from the 2008 report. The value code for 2008 was K. TIAA-CREF's constituent funds CREF Money Market and T-C Lifecycle 2020-Rtmt also were inadvertently omitted from the 2008 report. The value code for 2008 was K for both CREF Money Market and T-C Lifecycle 2020-Rtmt.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544